FILED: January 11, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1946
(3:16-cv-00876-JAG)

G. RUSSELL WARNICK

Creditor - Appellant

and

LATONYA S. MALLORY

Creditor

v.

RICHARD ARROWSMITH, Liquidating Trustee

Trustee - Appellee

LECLAIR RYAN, A Professional Corporation

Intervenor/Defendant - Appellee

and

USBC-RICHMOND (UNITED STATES BANKRUPTCY COURT)

Party-in-Interest

# O R D E R

Upon consideration of submissions relative to the motion to dismiss appeal, the court defers ruling on the motion pending review of the merits of this case by a panel.

For the Court

/s/ Patricia S. Connor, Clerk