FILED: January 18, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 17-1946
(3:16-cv-00876-JAG)

---

G. RUSSELL WARNICK

Creditor - Appellant

and

LATONYA S. MALLORY

Creditor

v.

RICHARD ARROWSMITH, Liquidating Trustee

Trustee - Appellee

LECLAIR RYAN, A Professional Corporation

Intervenor/Defendant - Appellee

and

USBC-RICHMOND (UNITED STATES BANKRUPTCY COURT)

Party-in-Interest

---

O R D E R

---

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk